No. 93–8556.  JACKSON ET UX. *v.* CITY OF RENO.  C. A. 9th Cir.  Certiorari denied.

No. 93–8562.  SHABAZZ, AKA HURLEY *v.* NEW YORK.  App. Div., Sup. Ct. N. Y., 3d Jud. Dept.  Certiorari denied.

No. 93–8582.  ARNOLD *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 93–8590.  HUGGINS *v.* UNITED STATES.  Ct. App. D. C. Certiorari denied.

No. 93–8597.  BARBER *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 93–8606.  TILMON *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 93–8607.  VAUGHAN *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 93–8610.  BULGER *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 93–8611.  HULL *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 93–8617.  HANSON *v.* PASSER, CHIEF EXECUTIVE OFFICER, ANOKA COUNTY ADULT DETENTION FACILITY.  C. A. 8th Cir. Certiorari denied.

No. 93–8623.  ZUNIGA-ROSALES *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 93–8626.  SAENZ SOLIZ, AKA SAENZ SALAIZ *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 93–8632.  STEWART *v.* UNITED STATES.  Ct. App. D. C. Certiorari denied.

No. 93–8633.  RAMIREZ-GALVAN *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 93–8637.  KENNEMORE *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.